IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Latrice L. Long,<br>       Debtor, | Chapter 13 |
| Select Portfolio Servicing, Inc., as servicing agent for Towd Point Mortgage Trust 2016-4, U.S. Bank National Association as Indenture Trustee,<br>       Movant, | Case No. 16-12442-elf<br><br>Hearing Date: July 31, 2018<br>Time: 9:30 a.m.<br>Location: Courtroom 1 |
| Latrice L. Long,<br>       Debtor / Respondent,<br><br>and<br>William C. Miller, Esq.,<br>       Trustee / Respondent | |

\* \* \* \* \* \* \*

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    Select Portfolio Servicing, Inc., as servicing agent for Towd Point Mortgage Trust 2016-4, U.S. Bank National Association as Indenture Trustee has filed Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before July 26, 2018, you or your attorney must do all of the following:

        (a)    file an answer explaining your position at:

        United States Bankruptcy Court
        Eastern District of Pennsylvania
        Office of the Clerk
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

        (b)    mail a copy to the Movant's attorney:

      Matthew C. Waldt, Esquire
      Milstead & Associates, LLC
      1 E. Stow Road
      Marlton, NJ 08053
      Phone No.: (856) 482-1400
      Fax No.: (856) 482-9190

  (c)  mail a copy to the Chapter 13 Trustee:

      William C. Miller, Esq., Trustee
      P.O. Box 1229
      Philadelphia, PA 19105

  2.  If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

  3.  A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on July 31, 2018 at 9:30 a.m. in Courtroom 1 of the Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107.

  4.  If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office at (215) 408-5040 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

            Respectfully submitted,
            MILSTEAD & ASSOCIATES, LLC

DATED: July 9, 2018

            /s/Matthew C. Waldt
            Matthew C. Waldt, Esquire
            mwaldt@milsteadlaw.com
            Attorney ID No. 203308
            1 E. Stow Road
            Marlton, NJ 08053
            (856) 482-1400
            Attorneys for Movant