IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        CHAPTER 13

Latrice L. Long                 :        No. 16-12442-ELF
    Debtor

ANSWER TO MOTION OF SELECT PORTFOLIO SERVICING, Inc.
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted. Debtor currently has 2 ½ months payments to make immediately and asks for a chance to get caught up as he had to make unexpected payments towards school for his children, high utility bills, and he is no longer receiving overtime.

9. Admitted.

10. Admitted.

11. Admitted

12. Admitted

13. Admitted.

14. Denied.

15. Denied.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

                                    /s/ David M. Offen
                                    David M. Offen
                                    Attorney for Debtor
Dated: 7/16/18