```
           IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

   IN RE:                          :    CHAPTER 13

     Latrice L. Long               :    No. 16-12442-ELF
```

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion for Relief was served on Select Portfolio Servicing, Inc., on the Chapter 13 Standing Trustee, William C. Miller, Esquire, and Matthew Christian Waldt, Esquire, by electronic mail at [mwaldt@milsteadlaw.com](mailto:mwaldt@milsteadlaw.com).

```
                              /s/ David M. Offen
                              David M. Offen Esq.
                              Attorney for Debtor
                              601 Walnut Street
                              Suite 160 West
                              Philadelphia, PA 19106
                              215-625-9600
```