## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Latrice L. Long,<br><br>      Debtor | Chapter 13<br><br>Case No.: 16-12442-elf |
| Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association as Indenture Trustee for the Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-4,<br>      Movant,<br>vs.<br>Latrice L. Long,<br>      Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>      Trustee / Respondent. | |

## ORDER

IT IS HEREBY **ORDERED** that the Stipulation of Settlement filed on July 25, 2018 (Doc. # 38) with regard to the above matter is **APPROVED**.

Date: 7/26/18

---
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**