```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
```

In re:                                                            Case No. 16-12442-elf
Latrice L. Long                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR              Page 1 of 1         Date Rcvd: Jul 27, 2018
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db             +Latrice L. Long,    4250 Paul Street,    Philadelphia, PA 19124-4610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Towd Point Master Funding LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Latrice L. Long dmo160west@gmail.com,
               davidoffenecf@gmail.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Towd Point mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Towd Point Mortgage Trust 2016-4, U.S. Bank
               National Association as Indenture Trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank National Association as Indenture
               Trustee for the Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-4
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Latrice L. Long,<br><br>                    Debtor | Chapter 13<br><br>Case No.: 16-12442-elf |
| Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association as Indenture Trustee for the Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-4,<br>                    Movant,<br>vs.<br>Latrice L. Long,<br>                    Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>                    Trustee / Respondent. | |

## ORDER
___

IT IS HEREBY **ORDERED** that the Stipulation of Settlement filed on July 25, 2018 (Doc. # 38) with regard to the above matter is **APPROVED**.

Date: 7/26/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**