United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Latrice L. Long  
      Debtor

Case No. 16-12442-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Sep 20, 2018  
                       Form ID: 212    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2018.  
db            +Latrice L. Long,    4250 Paul Street,    Philadelphia, PA 19124-4610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2018 at the address(es) listed below:  
       BRIAN CRAIG NICHOLAS    on behalf of Creditor    Towd Point Master Funding LLC  
        bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       DAVID M. OFFEN    on behalf of Debtor Latrice L. Long dmo160west@gmail.com,  
        davidoffenecf@gmail.com  
       MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for Towd Point mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com  
       MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Towd Point Mortgage Trust 2016-4, U.S. Bank National Association as Indenture Trustee mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com  
       MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank National Association as Indenture Trustee for the Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-4 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 13

    Latrice L. Long

Debtor(s)  Case No: 16–12442–elf

___

*ORDER*

AND NOW, 9/20/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Eric L. Frank

Judge ,United States Bankruptcy Court