IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Latrice L. Long | : | No.  16-12442 ELF |
| Debtor | | |

O  R  D  E  R

AND NOW, this   26th   day of   October   , 2018, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE


cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire

Latrice L. Long

PAYROLL CONTROLLER
Aria Health
108- Knights Road
Philadelphia, PA 19114