United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-12442-elf
Latrice L. Long                                                                 Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 1          Date Rcvd: Oct 26, 2018
                             Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
db             +Latrice L. Long,   4250 Paul Street,   Philadelphia, PA 19124-4610
               Payroll Controller,   Aria Health,   108-Knights Road,   Philadelphia, Pa 19114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2018 at the address(es) listed below:
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Towd Point Master Funding LLC
         bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
         DAVID M. OFFEN    on behalf of Debtor Latrice L. Long dmo160west@gmail.com,
         davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
         agent for Towd Point mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Towd Point Mortgage Trust 2016-4, U.S. Bank
         National Association as Indenture Trustee mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank National Association as Indenture
         Trustee for the Towd Point Mortgage Trust Asset-Backed Securities, Series 2016-4
         mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                    :        CHAPTER 13
                         :
Latrice L. Long          :        No.  16-12442 ELF
      Debtor

O  R  D  E  R

AND NOW, this 26th day of October , 2018, it is

hereby Ordered that the Wage Order in effect in the above

captioned matter be TERMINATED.

_____
HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esq., Trustee

David M. Offen, Esquire

Latrice L. Long

PAYROLL CONTROLLER
Aria Health
108- Knights Road
Philadelphia, PA 19114